**IN THE UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **DONALD GREENSPAN**, as Administrator of the **ESTATE OF RUTH J. GREENSPAN**, deceased<br><br>Plaintiff,<br><br>-vs-<br><br>**PLATINUM HEALTHCARE GROUP, LLC; PLATINUM HEALTH AT WESTGATE, LLC, d/b/a, WESTGATE HILLS REHABILITATION AND NURSING CENTER; APEX GLOBAL SOLUTIONS, LLC ; APEX HEALTHCARE PARTNERS, LLC; VINTAGE HEALTHCARE, LLC; PLATINUM PA HOLDINGS, LLC; 2050 OLD WEST CHESTER PIKE, LLC;** and **JACOB KARMEL**<br><br>Defendants. | Civil Action No. 2:20-cv-05874<br><br>**PLAINTIFF'S NOTICE OF FILING CERTIFICATES OF MERIT** |

## NOTICE OF FILING

Plaintiff hereby files Certificates of Merit as to each named defendant in reference to the above-captioned matter and has served each defendant as indicated on the Certificate of Service.

                                                    **MURRAY, STONE & WILSON, PLLC**
                                                  *Attorneys for Plaintiff*

Date: February 2, 2021      By:    */s/ William P. Murray, III*
                                            William P. Murray, III

# CERTIFICATE OF SERVICE

I, the undersigned, attorney for Plaintiff, attest and certify that a true and correct copy of the foregoing *Certificates of Merit* were served upon the Defendants in accordance with the Rules of Civil Procedure via this Honorable Court's Electronic Filing System and/or in the following manner:

US FIRST CLASS MAIL:

**PLATINUM HEALTHCARE GROUP, LLC**
65 Jay Street
Newark, NJ 07103

**PLATINUM HEALTH AT WESTGATE, LLC, d/b/a, WESTGATE HILLS REHABILITATION AND NURSING CENTER**
2050 Old West Chester Pike
Havertown, PA 19083

**APEX GLOBAL SOLUTIONS, LLC**
400 Rella Blvd., Suite 200
Montebello, NY 10901

**APEX HEALTHCARE PARTNERS, LLC**
400 Rella Blvd., Suite 200
Montebello, NY 10901

**VINTAGE HEALTHCARE, LLC**
400 Rella Blvd., Suite 200
Montebello, NY 10901

**PLATINUM PA HOLDINGS, LLC**
c/o Eliyahu Frankel
65 Jay Street
Newark, NJ 07103

**2050 OLD WEST CHESTER PIKE, LLC**
2071 Flatbush Ave., Suite 189
Brooklyn, NY 11234

**JACOB KARMEL**
16 New County Road
Airmont, NY 10952

        **MURRAY, STONE & WILSON, PLLC**
        *Attorneys for Plaintiff*

Date: February 2, 2021  By:  */s/ William P. Murray, III*
                                       William P. Murray, III