**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| DONALD GREENSPAN, as Administrator of the ESTATE OF RUTH J. GREENSPAN, deceased<br><br>Plaintiff,<br><br>v.<br><br>PLATINUM HEALTHCARE GROUP, LLC, PLATINUM HEALTH AT WESTGATE, LLC, d/b/a, WESTGATE HILLS REHABILITATION AND NURSING CENTER, APEX GLOBAL SOLUTIONS, LLC, APEX HEALTHCARE PARTNERS, LLC, VINTAGE HEALTHCARE, LLC, PLATINUM PA HOLDINGS, LLC, 2050 OLD WEST CHESTER PIKE, LLC, AND JACOB KARMEL<br><br>Defendants. | CIVIL ACTION<br><br>NO: 2:20-cv-05874-JDW |

**ENTRY OF APPEARANCE**

TO THE CLERK OF COURTS:

Kindly enter my appearance as counsel for Defendants, Platinum Health at Westgate, LLC (improperly named Platinum Health at Westgate, LLC d/b/a Westgate Hills Rehabilitation and Nursing Center), Vintage Healthcare PA LLC (improperly named Vintage Healthcare, LLC), Platinum PA Holdings LLC, 2050 Old West Chester Pike, LLC, and Jacob Karmel, in the above-captioned matter.

WHITE AND WILLIAMS LLP

BY: ______________________________
Kevin C. Cottone, Esquire
Attorney ID No. 72775
1650 Market Street
One Liberty Place, Suite 1800

Philadelphia, PA 19103-7395
215.864.7108
cottonek@whiteandwilliams.com
*Attorney for Defendants, Platinum Health at Westgate, LLC (improperly named Platinum Health at Westgate, LLC d/b/a Westgate Hills Rehabilitation and Nursing Center), Vintage Healthcare PA LLC (improperly named Vintage Healthcare, LLC), Platinum PA Holdings LLC, 2050 Old West Chester Pike, LLC, and Jacob Karmel*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| DONALD GREENSPAN, as Administrator of the ESTATE OF RUTH J. GREENSPAN, deceased<br><br>Plaintiff,<br><br>v.<br><br>PLATINUM HEALTHCARE GROUP, LLC, PLATINUM HEALTH AT WESTGATE, LLC, d/b/a, WESTGATE HILLS REHABILITATION AND NURSING CENTER, APEX GLOBAL SOLUTIONS, LLC, APEX HEALTHCARE PARTNERS, LLC, VINTAGE HEALTHCARE, LLC, PLATINUM PA HOLDINGS, LLC, 2050 OLD WEST CHESTER PIKE, LLC, AND JACOB KARMEL<br><br>Defendants. | CIVIL ACTION<br><br>NO: 2:20-cv-05874-JDW |

**CERTIFICATE OF SERVICE**

I, Kevin C. Cottone, Esquire, attorney for Defendants, Platinum Health at Westgate, LLC (improperly named Platinum Health at Westgate, LLC d/b/a Westgate Hills Rehabilitation and Nursing Center), Vintage Healthcare PA LLC (improperly named Vintage Healthcare, LLC), Platinum PA Holdings LLC, 2050 Old West Chester Pike, LLC, and Jacob Karmel, hereby certify that on the date set forth below, I caused a true and correct copy of the foregoing Entry of Appearance to be served upon the parties below via electronic filing:

William P. Murray, III, Esquire
Matthew T. Stone, Esquire
Erica C. Wilson, Esquire
MURRAY, STONE & WILSON, PLLC
One Belmont Avenue, Suite 310
Bala Cynwyd, PA 19004

WHITE AND WILLIAMS LLP

BY: ______________________________

Kevin C. Cottone, Esquire
Attorney ID No. 72775
1650 Market Street
One Liberty Place, Suite 1800
Philadelphia, PA 19103-7395
215.864.7108
cottonek@whiteandwilliams.com
*Attorney for Defendants, Platinum Health at Westgate, LLC (improperly named Platinum Health at Westgate, LLC d/b/a Westgate Hills Rehabilitation and Nursing Center), Vintage Healthcare PA LLC (improperly named Vintage Healthcare, LLC), Platinum PA Holdings LLC, 2050 Old West Chester Pike, LLC, and Jacob Karmel*