# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DONALD GREENSPAN, as Administrator of the ESTATE OF RUTH J. GREENSPAN, deceased<br><br>Plaintiff,<br><br>v.<br><br>PLATINUM HEALTHCARE GROUP, LLC, PLATINUM HEALTH AT WESTGATE, LLC, d/b/a, WESTGATE HILLS REHABILITATION AND NURSING CENTER, APEX GLOBAL SOLUTIONS, LLC, APEX HEALTHCARE PARTNERS, LLC, VINTAGE HEALTHCARE, LLC, PLATINUM PA HOLDINGS, LLC, 2050 OLD WEST CHESTER PIKE, LLC, AND JACOB KARMEL<br><br>Defendants. | CIVIL ACTION<br><br>NO: 2:20-cv-05874-JDW |

## DISCLOSURE STATEMENT FORM

Please check one box:

☒ The nongovernmental corporate party, 2050 Old West Chester Pike, LLC, in the above listed civil action does not have any parent corporation and publicly held corporation that owns 10% or more of its stock.

☐ The nongovernmental corporate party,        , in the above listed civil action has the following parent corporation(s) and publicly held corporation(s) that owns 10% of its stock:


March 8, 2021               /s/ Kevin C. Cottone
                            Signature
                            Kevin C. Cottone, Esquire
                            Atusa Shirasb, Esquire

                            Counsel for:   Defendants, Platinum Health at
                                           Westgate, LLC (improperly named
                                           Platinum Health at Westgate, LLC

            d/b/a Westgate Hills Rehabilitation and Nursing Center), Vintage Healthcare PA LLC (improperly named Vintage Healthcare, LLC), Platinum PA Holdings LLC, 2050 Old West Chester Pike, LLC, and Jacob Karmel

**Federal Rule of Civil Procedure 7.1 Disclosure Statement**

 (a) Who Must File: Nongovernmental Corporate Party. A nongovernmental corporate party to an action or proceeding in a district court must file two copies of a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

 (b) Time for Filing; Supplemental Filing. A party must:

  (1) file the Rule 7.1(a) statement with its first appearance, pleading, petition, motion, response, or other request addressed to the court, and promptly file a supplemental statement upon any change in the information that the statement requires.

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DONALD GREENSPAN, as Administrator of the ESTATE OF RUTH J. GREENSPAN, deceased<br><br>Plaintiff,<br><br>v.<br><br>PLATINUM HEALTHCARE GROUP, LLC, PLATINUM HEALTH AT WESTGATE, LLC, d/b/a, WESTGATE HILLS REHABILITATION AND NURSING CENTER, APEX GLOBAL SOLUTIONS, LLC, APEX HEALTHCARE PARTNERS, LLC, VINTAGE HEALTHCARE, LLC, PLATINUM PA HOLDINGS, LLC, 2050 OLD WEST CHESTER PIKE, LLC, AND JACOB KARMEL<br><br>Defendants. | CIVIL ACTION<br><br>NO: 2:20-cv-05874-JDW |

## DISCLOSURE STATEMENT FORM

Please check one box:

☒ The nongovernmental corporate party, 2050 Old West Chester Pike, LLC, in the above listed civil action does not have any parent corporation and publicly held corporation that owns 10% or more of its stock.

☐ The nongovernmental corporate party,      , in the above listed civil action has the following parent corporation(s) and publicly held corporation(s) that owns 10% of its stock:

March 8, 2021

*[Signature]*

Signature
Kevin C. Cottone, Esquire
Atusa Shirasb, Esquire

Counsel for:  Defendants, Platinum Health at Westgate, LLC (improperly named Platinum Health at Westgate, LLC d/b/a Westgate Hills Rehabilitation

and Nursing Center), Vintage Healthcare PA LLC (improperly named Vintage Healthcare, LLC), Platinum PA Holdings LLC, 2050 Old West Chester Pike, LLC, and Jacob Karmel

**Federal Rule of Civil Procedure 7.1 Disclosure Statement**

  (c) Who Must File: Nongovernmental Corporate Party. A nongovernmental corporate party to an action or proceeding in a district court must file two copies of a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

  (d) Time for Filing; Supplemental Filing. A party must:

    (1) file the Rule 7.1(a) statement with its first appearance, pleading, petition, motion, response, or other request addressed to the court, and promptly file a supplemental statement upon any change in the information that the statement requires.