**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| DONALD GREENSPAN, as Administrator of the ESTATE OF RUTH J. GREENSPAN, deceased<br><br>Plaintiff,<br><br>v.<br><br>PLATINUM HEALTHCARE GROUP, LLC, PLATINUM HEALTH AT WESTGATE, LLC, d/b/a, WESTGATE HILLS REHABILITATION AND NURSING CENTER, APEX GLOBAL SOLUTIONS, LLC, APEX HEALTHCARE PARTNERS, LLC, VINTAGE HEALTHCARE, LLC, PLATINUM PA HOLDINGS, LLC, 2050 OLD WEST CHESTER PIKE, LLC, AND JACOB KARMEL<br><br>Defendants. | CIVIL ACTION<br><br>NO: 2:20-cv-05874-JDW |

**DISCLOSURE STATEMENT FORM**

Please check one box:

☒ The nongovernmental corporate party, Vintage Healthcare PA LLC, in the above listed civil action does not have any parent corporation and publicly held corporation that owns 10% or more of its stock.

☐ The nongovernmental corporate party, , in the above listed civil action has the following parent corporation(s) and publicly held corporation(s) that owns 10% of its stock:

March 8, 2021

Signature
Kevin C. Cottone, Esquire
Atusa Shirasb, Esquire

Counsel for: Defendants, Platinum Health at Westgate, LLC (improperly named Platinum Health at Westgate, LLC

d/b/a Westgate Hills Rehabilitation and Nursing Center), Vintage Healthcare PA LLC (improperly named Vintage Healthcare, LLC), Platinum PA Holdings LLC, 2050 Old West Chester Pike, LLC, and Jacob Karmel

**Federal Rule of Civil Procedure 7.1 Disclosure Statement**

(a) Who Must File: Nongovernmental Corporate Party. A nongovernmental corporate party to an action or proceeding in a district court must file two copies of a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

(b) Time for Filing; Supplemental Filing. A party must:

(1) file the Rule 7.1(a) statement with its first appearance, pleading, petition, motion, response, or other request addressed to the court, and promptly file a supplemental statement upon any change in the information that the statement requires.

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| DONALD GREENSPAN, as Administrator of the ESTATE OF RUTH J. GREENSPAN, deceased<br><br>Plaintiff,<br><br>v.<br><br>PLATINUM HEALTHCARE GROUP, LLC, PLATINUM HEALTH AT WESTGATE, LLC, d/b/a, WESTGATE HILLS REHABILITATION AND NURSING CENTER, APEX GLOBAL SOLUTIONS, LLC, APEX HEALTHCARE PARTNERS, LLC, VINTAGE HEALTHCARE, LLC, PLATINUM PA HOLDINGS, LLC, 2050 OLD WEST CHESTER PIKE, LLC, AND JACOB KARMEL<br><br>Defendants. | CIVIL ACTION<br><br>NO: 2:20-cv-05874-JDW |

**DISCLOSURE STATEMENT FORM**

Please check one box:

☒ The nongovernmental corporate party, Vintage Healthcare PA LLC, in the above listed civil action does not have any parent corporation and publicly held corporation that owns 10% or more of its stock.

☐ The nongovernmental corporate party, , in the above listed civil action has the following parent corporation(s) and publicly held corporation(s) that owns 10% of its stock:

March 8, 2021

Signature
Kevin C. Cottone, Esquire
Atusa Shirasb, Esquire

Counsel for: Defendants, Platinum Health at Westgate, LLC (improperly named Platinum Health at Westgate, LLC d/b/a Westgate Hills Rehabilitation

and Nursing Center), Vintage Healthcare PA LLC (improperly named Vintage Healthcare, LLC), Platinum PA Holdings LLC, 2050 Old West Chester Pike, LLC, and Jacob Karmel

**Federal Rule of Civil Procedure 7.1 Disclosure Statement**

(c) Who Must File: Nongovernmental Corporate Party. A nongovernmental corporate party to an action or proceeding in a district court must file two copies of a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

(d) Time for Filing; Supplemental Filing. A party must:

(1) file the Rule 7.1(a) statement with its first appearance, pleading, petition, motion, response, or other request addressed to the court, and promptly file a supplemental statement upon any change in the information that the statement requires.