IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DONALD GREENSPAN, as Administrator of The ESTATE OF RUTH J. GREENSPAN, Deceased | : Civil Action No. 2:20-cv-05874 <br> : <br> : RULE 7.1 DISCLOSURE STATEMENT |
| Plaintiff, | |
| PLATINUM HEALTHCARE GROUP, LLC; PLATINUM HEALTH AT WESTGAGE, LLC, d/b/a WESTGATE HILLS REHABILITATION AND NURSING CENTER; APEX GLOBAL SOLUTIONS LLC; APEX HEALTHCARE PARTNERS LLC; VINTAGE HEALTHCARE, LLC; PLATINUM HOLDINGS, LLC; 2050 OLD WEST CHESTER PIKE, LLC; And JACOB KARMEL | |

## RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable the District Judges and Magistrate Judges of the Court to evaluate the basis for possible disqualification or recusal, the undersigned for the Defendants, Apex Global Solutions LLC and Apex Healthcare Partners LLC, certify that neither one has corporate parents, affiliates and/or subsidiaries, which are publicly held.

Dated: March 10, 2021

**THE LAW OFFICE OF JONATHAN D. LEVITAN, LLC**

By: */s/ Jonathan D. Levitan*
      Jonathan D. Levitan, Esquire

*Attorneys for Defendants,*
Apex Global Solutions LLC and
Apex Healthcare Partners LLC

# CERTIFICATE OF SERVICE

I, the undersigned, attorney for Defendants, Apex Global Solutions LLC and Apex Healthcare Partners, attest and certify that a true and correct copy of the foregoing *Rule 7.1 Statement* was served pursuant to the Rules of Civil Procedure via ECF and/or in the following manner on the date set forth below:

William P. Murray, III, Esquire
Mathew T. Stone, Esquire
Murray, Stone & Wilson, PLLC
One Belmont Avenue, Suite 310
Bala Cynwyd, PA 19004
wmurray@mswlawgroup.com
mstone@mswlawgroup.com
*Attorney for Plaintiff*

Kevin C. Cottone, Esquire
Atusa Shirasb, Esquire
White and Williams
1650 Market Street
One Liberty Place, Suite 1800
Philadelphia, PA 190103
cottonek@whiteandwilliams.com
shirasba@whiteandwilliams.com
*Attorney for Defendants,
Platinum Health at Westgate, LLC, d/b/a Westgate Hills Rehabilitation and Nursing Center;
Vintage Healthcare, LLC; Platinum PA Holdings, LLC; 2050 Old West Chester Pike, LLC; and
Jacob Karmel*

Platinum Healthcare Group, LLC
65 Jay Street
Newark, NJ 07103

Dated: March 10, 2021

**THE LAW OFFICE OF JONATHAN D. LEVITAN, LLC**

By: */s/ Jonathan D. Levitan*
      Jonathan D. Levitan, Esquire