IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DONALD GREENSPAN**, as Administrator of the ESTATE OF RUTH J. GREENSPAN, deceased,<br><br>*Plaintiff*,<br><br>v.<br><br>**PLATINUM HEALTHCARE GROUP, LLC**, et al.<br><br>*Defendants*. | Case No. 2:20-cv-05874-JDW |

## ORDER

AND NOW, this 16th day of March, 2021, upon consideration of the Court's Order dated February 23, 2021 (ECF No. 17) and Defendant Platinum Health At Westgate's Memorandum of Law in Support of Affirmative Defenses (ECF No. 20), and for the reasons stated in the accompanying Memorandum, it is **ORDERED** as follows:

1. Pursuant to Fed. R. Civ. P. 11(c)(1) and 11(c)(3), the Court concludes that **SANCTIONS** are warranted;

2. Pursuant to Fed. R. Civ. P. 11(c)(4), all affirmative defenses in the Answer of Defendants Platinum Health at Westgate, LLC, Vintage Healthcare PA LLC, Platinum PA Holdings LLC, 2050 Old West Chester Pike, LLC, and Jacob Karmel (ECF No. 14) are **STRICKEN WITHOUT PREJUDICE**; and

3. If Defendants Platinum Health at Westgate, LLC, Vintage Healthcare PA LLC, Platinum PA Holdings LLC, 2050 Old West Chester Pike, LLC, and Jacob Karmel intend to file an amended Answer to assert affirmative defenses, they must file an

appropriate Motion and limit the affirmative defenses to defenses for which they have a then-existing good faith factual basis.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.